IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated,** § § § § | | |
| **Plaintiff,** § | | Civil Action No. 4:25-cv-156 |
| § | | |
| **v.** § | | |
| § | | |
| **R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, INDIVIDUALLY** § § § § | | |
| **Defendants** § | | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiffs Miguel Santos and Michael Harris hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

Miguel Santos and Michael Harris
Plaintiffs

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**