IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated,** § § § § | |
| **Plaintiff,** § | Civil Action No. 4:25-cv-156-SDJ |
| § | |
| **v.** § | |
| § | |
| **R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, INDIVIDUALLY** § § § § | |
| **Defendants** § | |

## PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN OVERTIME LAWSUIT

Please take notice that Plaintiffs Miguel Santos and Michael Harris hereby file the following Consent to Join Overtime Lawsuit:

Exhibit 1:      Consent of Taylor Jackson

2

        Respectfully submitted,

        Welmaker Law, PLLC

        */s/  Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served through the CM/ECF system on February 25, 2025.

        /s/ Douglas B. Welmaker
        Douglas B. Welmaker