Exhibit 1

**CONSENT TO JOIN FLSA LAWSUIT**

I understand that I may be eligible to join the lawsuit filed by Michael Harris ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from R&B Grapevine, LLC, R&B The Colony Restaurant, LLC, R&B Landmark, LLC, Brett Anz, Perry Mann and related persons or entities ("Defendants").

By filing this consent, I understand that I designate the Named Plaintiff as my agent to make decisions on my behalf concerning Fair Labor Standards Act ("FLSA") and state law litigation against Defendants including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Named Plaintiff' counsel concerning attorneys' fees and costs, and all other matters pertaining to FLSA litigation against Defendants. These decisions and agreements made and entered into by the Named Plaintiff will be binding on me if I sign this consent.

I understand that the Named Plaintiff have entered into a Representation Agreement ("Representation Agreement") with Welmaker Law PLLC and Hersh Law Firm, PC ("Law Firm") which applies to all Plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Named Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Named Plaintiff may in the future appoint others to be Named Plaintiffs in FLSA litigation against Defendants. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to FLSA litigation against Defendants. I further acknowledge that this consent is intended to be filed to recover my wages against Defendants whether in the action with the Named Plaintiff or in any subsequent action (including any arbitration) that may be filed on my behalf for such recovery.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by, and will share in any settlement that may be negotiated on behalf of all Plaintiff.

I consent to join in the action as an Opt-In Plaintiff to recover my unpaid wages.

_____        01 / 06 / 2025
Signature                         _____
                                  Date

Taylor Jackson
_____
Printed Name