EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MIGUEL SANTOS & MICHAEL HARRIS
Plaintiff

v.                                                          Civ. No. 4:25-cv-156-SDJ

R&B The Colony Restaurant, LLC et al
Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Defendants R&B The Colony Restaurant, LLC and Brett Anz

Date Party's answer was originally due:                                                   03/26/2025

Date Party's answer is now due (must not exceed 45 days after original due date):   05/09/2025

Date: 04/22/2025          /s/  Laura E. Calhoun
                          Full Name: Laura E. Calhoun
                          State Bar No.: 06342400
                          Address: Clark Hill PLC
                                   2600 Dallas Pkwy., Suite 600, Frisco, TX 75034

                          Phone: 469.287.3955
                          Fax: 469.287.3999
                          Email: lcalhoun@clarkhill.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)