IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:25-cv-156 |
| **R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, Individually,** | § § § § | |
| Defendants. | § § | |

## **PROPOSED SCHEDULING ORDER DEADLINES**

The following actions shall be completed by the dates indicated.  The times indicated are the standard for most cases.  Counsel should be prepared to explain the need for requested changes.

| | |
|---|---|
| **July 16, 2025**<br>1 week after mgmt. conf. | Deadline for motions to transfer. |
| **August 20, 2025**<br>6 weeks after mgmt. conf. | Deadline to add parties. |
| **September 17, 2025**<br>10 weeks after mgmt. conf. | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| **October 1, 2025**<br>12 weeks after mgmt. conf. | Deadline for Plaintiff to file amended pleading. (A motion for leave to amend is required.) |
| **October 15, 2025**<br>14 weeks after mgmt. conf. | Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |

| | |
|---|---|
| **October 15, 2025**<br>14 weeks after mgmt. conf. | Deadline for Defendant's final amended pleadings.[1] |
| **October 29, 2025**<br>16 weeks after mgmt. conf. | Deadline to object to expert testimony on issues for which the party seeking to introduce that testimony bears the burden of proof. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objection. |
| **November 12, 2025**<br>18 weeks after mgmt. conf. | Deadline to object to expert testimony on issues for which the party seeking to introduce that testimony does not bear the burden of proof. Objection shall be made as a motion not strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all the information necessary to make a ruling on any objections. |
| **December 10, 2025**<br>22 weeks after mgmt. conf. | Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| **December 24, 2025**<br>24 weeks after mgmt. conf. | All discovery shall be commenced in time to be completed by this date. |
| **January 14, 2026**<br>27 weeks after mgmt. conf. **but no later than 110 days prior to deadline for submission of Joint Final Pretrial Order.** | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| **January 21, 2026**<br>28 weeks after mgmt. conf. | Mediation must occur by this date. |
| **June 3, 2026**<br>6 weeks before final pretrial conf. | Notice of intent to offer certified records. |
| **June 3, 2026**<br>6 weeks before final pretrial conf. | Counsel and unrepresented parties are each responsible for contacting opposing counsel |

---

[1] Except as otherwise provided by Federal Rule of Civil Procedure 12(a)(4).

**PROPOSED SCHEDULING ORDER DEADLINES**　　　　　　　　　　　　　　　　　　　Page 2
ClarkHill\L2990\516104\282038698.v2-6/6/25

|  |  |
|---|---|
|  | and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| **June 10, 2026**<br>5 weeks before final pretrial conf. | Video Deposition Designation due. Each party who proposed to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the Court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| **June 16, 2026**<br>30 days before final pretrial conf. | Motions in limine due. |
| **July 1, 2026**<br>2 weeks before final pretrial conf. | Response to motions in limine due.[2]<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[3]<br><br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law).<br><br>Filed Proposed Voir Dire Questions. |
| Date will be set by Court. Usually within 10 days prior to final pretrial conf. | If numerous objections are filed, the Court may set a hearing to consider all pending motions and objections. |

---

[2] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. However, if there is a particularly difficult or novel issue, the Court needs some time to review the matter. To save time and space, respond only to items objected to. All others will be considered to be agreed. Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the Court of all issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a court ruling. The parties shall notify the Court of all issues which are resolved. The Court needs a copy of the exhibit or the pertinent deposition pages to rule on the objections.

| | |
|---|---|
| **July 15, 2026** | Final Pretrial Conference at 9:00 a.m., at the United States Courthouse located at 7940 Preston Road, Plano, Texas 75024. Parties should be prepared to try case. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |
| To be determined. | 10:00 a.m. jury selection and trial (or bench trial) at the United States Courthouse located at 7940 Preston Road, Plano, Texas 75024. Cases that remain for trial following the Court's Pretrial docket will be tried between **August 3, 2026, and August 28, 2026.** A specific trial date in this time frame will be selected at the Final Pretrial Conference. |