UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL HARRIS, ET AL. | § |
| | § |
| v. | §   CIVIL NO. 4:25-CV-156-SDJ |
| | § |
| R&B THE COLONY RESTAURANT, LLC, ET AL. | § |
| | § |

### ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's mediation plan. The parties have agreed upon Suzi Lehman Johnson. The mediator's address and telephone number are: Lehman Johnson Law, PLLC, 325 Heights Blvd., Houston, Texas 77007; (281) 841-2343. The mediation conference shall be conducted by the following date: **January 21, 2026**.

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**So ORDERED and SIGNED this 17th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE