IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:25-cv-156 |
| R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, Individually, | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF RULE 26(a)(2) EXPERT WITNESS DISCLOSURES**

Pursuant to Eastern District of Texas Local Rule CV-26(c), Defendants hereby notify the Court that Defendants have served Plaintiff with Defendants Rule 26(a)(2) Expert Witness Disclosures.

Respectfully submitted,

*/s/ Laura E. Calhoun*
Kimberly S. Moore
State Bar No. 00784629
ksmoore@clarkhill.com
Laura E. Calhoun
State Bar No. 06342400
lcalhoun@clarkhill.com
CLARK HILL PLC
2600 Dallas Parkway
Suite 600
Frisco, TX  75034
469.287.3900
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 20205, Defendants' Notice of Rule 26(a)(2) Expert Witness Disclosures was filed with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification to all attorneys of record.

                                      */s/ Laura E. Calhoun*
                                       Laura E. Calhoun