IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated,** § § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:25-cv-156 | |
| § | | |
| **R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, Individually,** § § § § | | |
| Defendants. § | | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFFS' ORIGINAL COMPLAINT

COMES NOW, Defendants R&B The Colony Restaurant, LLC ("R&B") and Brett Anz ("Anz") (hereinafter collectively, the "Defendants"), and per the Court's Scheduling Order (Dkt.# 12), file this Motion for Leave to File Defendants' First Amended Answer to Plaintiff's Original Complaint as follows:

1. Plaintiffs filed suit on February 25, 2025 asserting various claims against Defendants, including claims under the Fair Labor Standards Act ("FLSA") for alleged failure to properly pay minimum wage and overtime to tipped employees. (Dkt.# 1, pp. 10-12).

2. Defendants filed their Original Answer to Plaintiff's Original Complaint on May 9, 2025. (Dkt.# 9). In the Original Answer, Defendants denied the allegations and asserted various affirmative defenses. (Dkt.# 9). Defendants now seek leave to file Defendants' First Amended Answer to Plaintiff's Original Complaint (attached hereto) to further specify its affirmative defense regarding applicability of the tip credit exemption allowed under the FLSA. Although

Defendants referenced the use of the tip credit, for avoidance of doubt and in the interest of justice, the amended answer further specifies the tip credit exception as an affirmative defense.

3. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend pleadings shall be freely given when justice so requires. Fed. R. Civ. P. 15(a); *Lionra Techs. Ltd. v. Fortinet, Inc.*, No. 2:22-CV-0322-JRG-RSP, 2024 WL 1765714, at *1 (E.D. Tex. Apr. 24, 2024). "The decision whether justice requires amendment is committed to the discretion of the district judge." *Id*. citing *Union Planters Nat'l Leasing, Inc. v. Woods*, 687 F.2d 117, 121 (5th Cir. 1982) *citing Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321 (1971). Relevant factors in deciding whether to permit amendment include "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, and futility of amendment." *Wimm v. Jack Eckerd Corp.*, 3 F.3d 137, 139 (5th Cir. 1993). Unless there is a "substantial reason to deny leave," leave to amend should be granted. See *Stripling v. Jordan Prod. Co.,* 234 F.3d 863, 872 (5th Cir. 2000).

4. In the interest of justice, Defendants request that this Motion for Leave be granted. This Motion for Leave is timely under the Court's Scheduling Order (Dkt.# 12- October 15, 2025: Deadline for Defendant to file final amended pleadings – with motion for leave required). Further, the discovery deadline has not passed and allowing leave to file the Amended Answer to add clarification regarding the tip credit as an affirmative defense will not delay the trial or otherwise prejudice Plaintiffs. In addition, Plaintiffs do not oppose this motion.

5. For the above reasons, Defendants' Motion for Leave to File Amended Answer to Plaintiffs' Original Complaint should be granted.

WHEREFORE, Defendants, R&B The Colony Restaurant, LLC and Brett Anz. respectfully request that Defendants' Motion for Leave to File Defendants' Amended Answer to Plaintiffs' Original Complaint be granted.

Respectfully submitted,

    */s/ Laura E. Calhoun*
**LAURA E. CALHOUN**
State Bar No. 06342400
lcalhoun@clarkhill.com
**KIMBERLY S. MOORE**
State Bar No. 00784629
ksmoore@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway
Suite 600
Frisco, TX 75034
469.287.3955
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 15, 2025, I conferred with Plaintiff's counsel Douglas Welmaker regarding this motion. Plaintiffs' do not oppose this motion.

    */s/ Laura E. Calhoun*
Laura E. Calhoun

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2025, the above and foregoing was electronically filed and eserved in accordance with the Federal Rules of Civil Procedure.

    */s/ Laura E. Calhoun*
Laura E. Calhoun