# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:25-cv-156 |
| R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, Individually, | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFFS' ORIGINAL COMPLAINT

Before the Court is Defendants' Unopposed Motion for Leave to File Defendants' First Amended Answer to Plaintiff's Original Complaint. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED. Therefore, the Court deems the Defendants' First Amended Answer to Plaintiff's Original Complaint filed.

IT IS THEREFORE ORDERED that Defendants' Unopposed Motion for Leave to File Defendants' First Amended Answer to Plaintiff's Original Complaint is GRANTED and the Defendants' First Amended Answer to Plaintiff's Original Complaint is hereby filed.