UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL HARRIS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-156-SDJ |
| | § | |
| R&B THE COLONY RESTAURANT, LLC, ET AL. | § § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Defendants' First Amended Answer to Plaintiffs' Original Complaint. (Dkt. #15). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Defendants' Motion for Leave to File, (Dkt. #15), is **GRANTED**.

It is further **ORDERED** that Defendants shall file their First Amended Answer to Plaintiffs' Original Complaint, (Dkt. #15-2), as a separate docket entry. *See* Local Rule CV-7(k) ("Motions for leave to file a document should be filed separately and immediately before the document for which leave is sought.").

**So ORDERED and SIGNED this 16th day of October, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE