IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § | Civil Action No. 4:25-cv-156-SDJ |
| v. | § § § | |
| R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, INDIVIDUALLY | § § § § | |
| Defendants | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Miguel Santos, Michael Harris and Taylor Jackson ("Plaintiffs") and Defendants R&B the Colony Restaurant, LLC and Brett Anz individually ("Defendants") (collectively "the Parties") file this Joint Stipulation of Dismissal With Prejudice regarding Plaintiffs' claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiffs hereby dismiss, with prejudice, all claims against Defendants. Plaintiffs and Defendants will bear their own costs of suit.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 1

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiffs' claims against Defendants.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on February 3, 2026.

/s/ Douglas B. Welmaker
Douglas B. Welmaker

Respectfully Submitted,

**WELMAKER LAW, PLLC**
505 E. Magrill St.
Longview, Texas 75601
Tel: (512) 499-2048

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

*/s/ Laura E. Calhoun*
**LAURA E. CALHOUN**
State Bar No. 06342400
lcalhoun@clarkhill.com
KIMBERLY S. MOORE
State Bar No. 00784629
ksmoore@clarkhill.com
CLARK HILL PLC
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
469.287.3955
469.287.3999 Fax

**ATTORNEYS FOR DEFENDANTS**