# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| MIGUEL SANTOS AND MICHAEL HARRIS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:25-cv-156-SDJ |
| v. | § § § | |
| R&B THE COLONY RESTAURANT, LLC AND BRETT ANZ, INDIVIDUALLY | § § § § | |
| Defendants | § § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Miguel Santos, Michael Harris and Taylor Jackson ("Plaintiffs") and Defendants R&B the Colony Restaurant, LLC and Brett Anz individually ("Defendants") (collectively "the Parties") have filed a Joint Stipulation of Dismissal With Prejudice regarding Plaintiffs' claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

As such, Plaintiffs claims against Defendants are hereby dismissed, with prejudice.